IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:15-cv-80388-DMM

LARRY KLAYMAN,

        Plaintiff,

v.

HILLARY CLINTON, ET AL.,

        Defendants.

_____/

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff Larry Klayman hereby moves this court for an extension of ten (10) days, or until and including July 2, 2015, to file an opposition to the Individual Clinton Defendants' Motion to Dismiss (Docket No. 43) and Defendant Clinton Foundation's Motion to Dismiss (Docket No. 44) and as grounds therefor would show:

1) On June 5, 2015, Defendants filed the Individual Clinton Defendants' Motion to Dismiss (Docket No. 43) and Defendant Clinton Foundation's Motion to Dismiss (Docket No. 44)

2) The oppositions to both of these motions are currently due on June 22, 2015.

3) Plaintiff, representing himself pro se, is an attorney. Plaintiff has been unexpectedly held out of the office on business and will not be able to return to his office until after the deadline to file an opposition.

4) Neither party will be prejudiced as a result of this extension.

5) Plaintiff sought consent for this motion. **All the Defendants have consented to this motion.**

WHEREFORE, Plaintiff respectfully requests an extension of ten (10) days, or until and including July 2, 2015, to file an opposition to the Individual Clinton Defendants' Motion to Dismiss (Docket No. 43) and Defendant Clinton Foundation's Motion to Dismiss (Docket No. 44).

Dated: June 17, 2015

    Respectfully submitted,

    */s/ Larry Klayman*
    Larry Klayman, Esq.
    Klayman Law Firm
    FL Bar No. 246220
    7050 W Palmetto Park Rd.
    Suite 15-287
    Boca Raton, FL 33433
    (310) 595-0800
    leklayman@gmail.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of June, 2015, a true and correct copy of the foregoing (Case No. 9:15-cv-80388) was filed via CM/ECF and served upon the following:

**David E. Kendall**
**Amy Mason Saharia**
**Katherine M. Turner**
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
Email: dkendall@wc.com
Email: asaharia@wc.com
kturner@wc.com

**Jeffrey David Marcus**
Marcus Neiman & Rashbaum, LLP
One Biscayne Tower - Suite 1750
2 South Biscayne Boulevard
Miami, FL 33131
Email: jmarcus@mnrlawfirm.com

**Jeannie S. Rhee**
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 Pennsylvania Avenue, NW
Wasington, DC 20006
Email: jeannie.rhee@wilmerhale.com

/s/ Larry Klayman
Larry Klayman, Esq.