IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:15-cv-80388-DMM

LARRY KLAYMAN,

    Plaintiff,

v.

HILLARY CLINTON, ET AL.,

    Defendants.

_____/

### [PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Upon consideration of Plaintiffs' Consent Motion For Extension of Time to File an Opposition to Defendants' Motions to Dismiss, the Court, having considered same, and all papers and argument in connection therewith, orders as follows:

It is **ORDERED AND ADJUDGED** that the Plaintiff's Motion for Extension of Time to File an Opposition to Defendants' Motions to Dismiss is hereby **GRANTED.** Plaintiff shall have an additional ten (10) days, or until and including July 2, 2015, to file an Opposition to Defendants' motions to dismiss.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of _____, 2015.

_____
DONALD M. MIDDLEBROOKS
U.S. DISTRICT JUDGE