UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80388-MIDDLEBROOKS/BRANNON

LARRY KLAYMAN,

    Plaintiff,

v.

HILLARY CLINTON, *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE FIRST AND SECOND AMENDED COMPLAINTS

THIS CAUSE comes before the Court upon Plaintiff Larry Klayman's Motion for Leave to File First and Second Amended Complaint [DE 97] ("Motion"), filed on August 13, 2015.

On May 20, 2015, Plaintiff moved the Court for leave to amend the complaint. [DE 32]. Attached to the motion to amend was Plaintiff's proposed Amended Complaint. [DE 32-1]. On May 29, 2015, the Court granted Plaintiff's motion to amend and granted him until June 2, 2015 to file the amended complaint. [DE 39]. Plaintiff never filed the amended complaint. On July 2, 2015, Plaintiff sought leave to file a Second Amended Complaint. *See* [DE 56]. Attached to the second motion to amend was Plaintiff's proposed Second Amended Complaint. [DE 56-1].

On August 11, 2015, the Court granted Defendants' Motions to dismiss the Amended Complaint. In its August 11, 2015 Order, the Court stated that "[a]s of the date of this Order, Plaintiff has not filed the Amended Complaint. Since the briefings on the present Motions refer to the proposed Amended Complaint as the operative complaint in this action, the Court construes the proposed Amended Complaint as the operative complaint." [DE 96 at 1]. As to the proposed Second Amended Complaint, the Court found that it "suffers from the same

deficiencies as the Amended Complaint," and therefore, denied Plaintiff's second motion to amend. [*Id.* at 13].

Plaintiff now "seeks leave of Court to file the Amended Complaint and the Second Amended Complaint, *nunc pro tunc*, so that the record will be complete for purposes of appeal." [DE 97 at 2]. However, the record is complete. The proposed Amended Complaint and the proposed Second Amended Complaint are on the docket, attached as exhibits to Plaintiff's motions to amend, should the appellate court wish to reference them. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File First and Second Amended Complaint [DE 97] is **DENIED**.

**SO ORDERED** in Chambers at West Palm Beach, Florida, this 28 day of August, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record