UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-80388-MIDDLEBROOKS/BRANNON

LARRY E. KLAYMAN,

      Plaintiff,

v.

HILLARY RODHAM CLINTON *et al.*,

      Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE comes before the Court on Mandate from the United States Court of Appeals for the Eleventh Circuit, affirming the Court's dismissal for lack of standing, vacating the Court's dismissal on alternative grounds, and remanding with instructions to dismiss this action without prejudice. (DE 103). Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 27 day of October, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record